United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN ALLEN,

          Plaintiff,

   v.

L. TOBIN, et al.,

          Defendants.

Case No.  15-cv-01075-JCS (PR)

**JUDGMENT**

     This federal civil rights action having been dismissed, judgment is entered in favor of defendants.

     **IT IS SO ORDERED.**

**Dated:**  September _27_, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge